## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-1563-KAS

JAMES S. BENEDICT, CHRISTOPHER BOURJOS, RICHARD T. INGALLS, RANDALL G. JOHNSON, STEVEN E. JONGEWAARD, WILLIAM C. LATHAM, THEODORE LEKAS JR., TIMOTHY A. MCINTOSH, STEVEN POPE, RICK L. RAGAZZO, PAUL W. RUNGE, JEFFREY N. SCHOLZEN, DENNIS M. SHEEHAN, CHRISTOPHER J. SMITH, SCOTT TRCKA, GREGORY G. WHITWORTH and ROBERT D. WILFONG, individually and on behalf of all other similarly situated individuals,

      Plaintiffs,

v.

ROBERT MANFRED, COMMISSIONER OF BASEBALL; THE OFFICE OF THE COMMISSIONER OR BASEBALL, an unincorporated associates also d/b/a MAJOR LEAGUE BASEBALL, AZPB, L.P.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC., ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, BRAVES HOLDINGS, LLC, and/or LIBERTY MEDIA CORP.; BALTIMORE ORIOLES, L.P., BALTIMORE ORIOLES, INC., THE BALTIMORE ORIOLES LIMITED PARTNERSHIP INC.; BOSTON RED SOX BASEBALL CLUB, L.P.; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX, LTD; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS BASEBALL CO., INC., CLEVELAND INDIANS BASEBALL CO., L.P., and/or THE CLEVELAND GUARDIANS BASEBALL COMPANY, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD; DETROIT TIGERS, INC.; HOUSTON ASTROS, LLC; KANSAS CITY ROYALS BASEBALL CLUB, LLC; ANGELS BASEBALL, L.P.; GUGGENHEIM BASEBALL MANAGEMENT and/or LOS ANGELES DODGERS, LLC; MARLINS TEAMCO, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC., AND/OR THE MILWAUKEE BREWERS BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; STERLING METS, L.P.; NEW YORK YANKEES PARTNERSHIP; ATHLETICS INVESTMENT GROUP LLC; THE PHILLIES; PITTSBURGH ASSOCIATES, L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P. and/or PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES, LLC; BASEBALL CLUB OF SEATTLE, LP; ST. LOUIS CARDINAL, LLC; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL, LLC and/or RANGERS BASEBALL EXPRESS, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP and/or ROGERS COMMUNICATIONS INC.; and WASHINGTON NATIONALS BASEBALL CLUB, LLC,

      Defendants.

---

## DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby (1) identifies for the following entities any parent corporation and any publicly held corporation owning 10% or more of its stock or (2) states that no such corporation owns 10% or more of its stock.

1.      The Office of the Commissioner of Baseball, which does business as Major League Baseball ("MLB"), is an unincorporated association. As such, it has no corporate parent, and no publicly held corporation owns 10% or more of MLB.

2.      AZPB Limited Partnership is a Delaware limited partnership. The general partner of AZPB Limited Partnership is AZDB I, LLC, which is a Delaware limited liability company. There is no publicly held company that owns 10% or more of AZPB Limited Partnership or AZDB I, LLC.

3.      Atlanta National League Baseball Club, LLC is a Georgia limited liability company. Atlanta National League Baseball Club, LLC is wholly owned by Braves Baseball Holdco, LLC, which is a Delaware limited liability company. Braves Baseball Holdco, LLC is wholly owned by Braves Holdings, LLC, which is a Delaware limited liability company. Braves Holdings, LLC is wholly owned by Atlanta Braves Holdings, Inc., which is a Nevada corporation whose shares are publicly trade on the Nasdaq Stock Exchange.

4.      Boston Red Sox Baseball Club L.P. is a Massachusetts limited partnership. The general partner of Boston Red Sox Baseball Club L.P. is New England Sports Ventures, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Boston Red Sox Baseball Club L.P. or New England Sports Ventures, LLC.

5.      Chicago Cubs Baseball Club, LLC is a Delaware limited liability company. Chicago Cubs Baseball Club, LLC is wholly owned by Chicago Baseball Holdings, LLC, which

is a Delaware limited liability company. Chicago Baseball Holdings, LLC is wholly owned by Northside Entertainment Holdings, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Northside Entertainment Holdings, LLC.

6.     Chicago White Sox, Ltd. is an Illinois limited partnership. The general partner of Chicago White Sox, Ltd. is Chisox Corporation, which is a Delaware corporation. There is no publicly held corporation that owns 10% or more of Chicago White Sox, Ltd. or Chisox Corporation.

7.     The Cincinnati Reds, LLC is a Delaware limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of The Cincinnati Reds, LLC.

8.     Cleveland Guardians Baseball Company, LLC is an Ohio limited liability company. There is no corporate parent or publicly held corporation that owns 10% more of Cleveland Guardians Baseball Company, LLC.

9.     Colorado Rockies Baseball Club, Ltd. is a Colorado limited partnership. The general partner of Colorado Rockies Baseball Club, Ltd. is Colorado Baseball 1993, Inc., which is a Colorado corporation. There is no publicly held corporation that owns 10% or more of Colorado Rockies Baseball Club, Ltd. or Colorado Baseball 1993, Inc.

10.     Detroit Tigers, Inc. is a Michigan corporation. There is no corporate parent or publicly held corporation that owns 10% or more of Detroit Tigers, Inc.

11.     Houston Astros, LLC is a Texas limited liability company.  Houston Astros, LLC is wholly owned by HBP Team Holdings, LLC, which is a Delaware limited liability company. HBP Team Holdings, LLC is wholly owned by Houston Baseball Partners, LLC, which is a Delaware limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more stock of Houston Baseball Partners, LLC.

3

12.     Kansas City Royals Baseball Club LLC is a Delaware limited liability company. Kansas City Royals Baseball Club LLC is wholly owned by Royal Blue Equity, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Royal Blue Equity, LLC.

13.     Angels Baseball LP, incorrectly named in the Amended Complaint as "Angels Baseball, LP," is a California limited partnership. The general partner of Angels Baseball LP is Moreno Baseball, LP, which is a California limited partnership. There is no publicly held corporation that owns 10% or more of Angels Baseball LP or Moreno Baseball, LP.

14.     Los Angeles Dodgers LLC, incorrectly named in the Amended Complaint as "Los Angeles Dodgers, LLC," is a Delaware limited liability company. Los Angeles Dodgers LLC is wholly owned by Los Angeles Dodgers Holding Company LLC, which is a Delaware limited liability company. Los Angeles Dodgers Holding Company LLC is wholly owned by LA Holdco LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of LA Holdco LLC.

15.     Marlins Teamco LLC, incorrectly named in the Amended Complaint as "Marlins Teamco, LLC," is a Delaware limited liability company. Marlins Teamco LLC is wholly owned by Marlins Funding LLC, which is a Delaware limited liability company.  Marlins Funding LLC is wholly owned by Marlins Holdings LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Marlins Holdings LLC.

16.     Milwaukee Brewers Baseball Club, L.P. is a Wisconsin limited partnership. The general partner of Milwaukee Brewers Baseball Club, L.P. is Milwaukee Brewers Holdings LLC, which is a Delaware limited liability company. There is no publicly traded company that owns 10% or more of Milwaukee Brewers Baseball Club, L.P. or Milwaukee Brewers Holdings LLC.

Milwaukee Brewers Baseball Club, Inc. is a Wisconsin corporation.  There is no corporate parent or publicly-held corporation that owns 10% or more of its stock.

17.     Minnesota Twins, LLC is a Delaware limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of Minnesota Twins, LLC.

18.     Sterling Mets, L.P. is a Delaware limited partnership.  The general partner of Sterling Mets, L.P. is SMLP New GP, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Sterling Mets, L.P. or SMLP New GP, LLC.

19.     New York Yankees Partnership is an Ohio limited partnership who: (i) is not a publicly held corporation whose stock is traded on a public exchange, (ii) has a non-public parent entity named YGE Holdings, LLC (a Delaware LLC), and (iii) does not have any publicly held corporation that owns 10% or more of its stock.

20.     Athletics Investment Group LLC d/b/a Oakland Athletics Baseball Company is a California limited liability company. Athletics Investment Group LLC is wholly owned by Athletics Holdings LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Athletics Holdings LLC.

21.     The Phillies is a Pennsylvania limited partnership. The general partner of The Phillies is PBC GP, LLC, a Pennsylvania limited liability company. There is no corporate parent or publicly held corporation that owns 10% or more of The Phillies or PBC GP, LLC.

22.     Pittsburgh Associates, incorrectly named in the Amended Complaint as "Pittsburgh Associates, L.P.," is a limited partnership under the laws of the Commonwealth of Pennsylvania.  Its General Partner is Pittsburgh Baseball Holdings Inc., and there is no publicly held corporation that owns 10% or more of its stock.

5

23.     Padres L.P., incorrectly named in the Amended Complaint as "Padres, L.P.," is a Delaware limited partnership. The general partner of Padres L.P. is Padres, GP, LLC, which is a Delaware limited liability company.  Padres, GP, LLC is wholly owned by SoCal SportsNet, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Padres L.P. or SoCal SportsNet, LLC.  San Diego Padres Baseball Club, L.P. does not exist as a separate entity from Padres L.P.

24.     San Francisco Baseball Associates LLC, incorrectly named in the Amended Complaint as "San Francisco Baseball Associates, LLC," is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of San Francisco Baseball Associates LLC.

25.     The Baseball Club of Seattle, LLLP, incorrectly named in the Amended Complaint as "Baseball Club of Seattle, LP," is a Washington limited liability limited partnership. The managing general partner of The Baseball Club of Seattle, LLLP is Mariners Baseball LLC, which is a Washington limited liability company. The limited partner of The Baseball Club of Seattle, LLLP is Mariners Investment LLC, which is a Washington limited liability company. Mariners Baseball LLC and Mariners Investment LLC are each wholly owned by First Avenue Entertainment LLLP, which is a Washington limited liability partnership. Nintendo of America, Inc. owns 10% or more of First Avenue Entertainment LLLP.  Nintendo of America. Inc. is wholly owned by Nintendo Company Ltd., which is a publicly held Japanese corporation.

26.     St. Louis Cardinals, LLC is a Missouri limited liability company. There is (i) no parent company of St. Louis Cardinals, LLC and (ii) no publicly held corporation or other corporation that owns 10% or more of St. Louis Cardinals, LLC.

27.     Tampa Bay Rays Baseball Ltd. is a Florida limited partnership. The general partner of Tampa Bay Rays Baseball Ltd. is 501SG, LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Tampa Bay Rays Baseball Ltd. or 501SG, LLC.

28.     Rangers Baseball, LLC is a Delaware limited liability company. Rangers Baseball, LLC is wholly owned by Rangers Baseball HoldCo LLC, which is a Delaware limited liability company. Rangers Baseball HoldCo LLC is wholly owned by Rangers Baseball Express LLC, which is a Delaware limited liability company. There is no publicly held corporation that owns 10% or more of Rangers Baseball Express LLC.

29.     Rogers Blue Jays Baseball Partnership is an Ontario general partnership. The partners of Rogers Blue Jays Baseball Partnership are Rogers Sports Holdings Inc. and Blue Jays Holdco Inc., each of which is an Ontario corporation. Rogers Sports Holdings Inc. and Blue Jays Holdco Inc. are each wholly owned by Rogers Media Inc., which is a Canadian corporation. Rogers Media Inc. is wholly owned by Rogers Communications Inc., which is a publicly held British Columbia corporation.

30.     Washington Nationals Baseball Club, LLC is a District of Columbia limited liability company. Washington Nationals Baseball Club, LLC is wholly owned by Nine Sports Holdings, LLC, which is a District of Columbia limited liability company. There is no publicly held corporation that owns 10% or more of Nine Sports Holdings LLC.

Dated:  August 17, 2023                  PROSKAUER ROSE LLP

                                         *s/ Elise M. Bloom*
                                         Elise M. Bloom
                                         Eleven Times Square

New York, New York 10036
Tel. 212.969.3410
ebloom@proskauer.com

***Attorney for Defendants Robert Manfred, The Office of the Commissioner of Baseball, AZPB, L.P., Atlanta National League Baseball Club, Inc., Atlanta National League Baseball Club, LLC, Braves Holding, LLC, Boston Red Sox Baseball Club, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., The Cincinnati Reds, LLC, Cleveland Guardians Baseball Company, LLC, Colorado Rockies Baseball Club, Ltd., Detroit Tigers, Inc., Houston Astros, LLC, Kansas City Royals Baseball Club LLC, Angels Baseball LP, Los Angeles Dodgers LLC, Marlins Teamco LLC, Milwaukee Brewers Baseball Club, Inc., Milwaukee Brewers Baseball Club, L.P., Minnesota Twins, LLC, Sterling Mets, L.P., New York Yankees Partnership, Athletics Investment Group LLC, The Phillies, Pittsburgh Associates, Padres L.P., San Diego Padres Baseball Club, L.P., San Francisco Baseball Associates LLC, Baseball Club of Seattle, LLLP, St. Louis Cardinals, LLC, Tampa Bay Rays Baseball Ltd., Rangers Baseball Express, LLC, Rangers Baseball, LLC, Rogers Blue Jays Baseball Partnership, Rogers Communications Inc., Washington Nationals Baseball Club, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of August 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

*/s/ Elise M. Bloom*
Elise M. Bloom