**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1563-KAS

JAMES S. BENEDICT, CHRISTOPHER BOURJOS, RICHARD T. INGALLS, RANDALL G. JOHNSON, STEVEN E. JONGEWAARD, WILLIAM C. LATHAM, THEODORE LEKAS JR., TIMOTHY A. MCINTOSH, STEVEN POPE, RICK L. RAGAZZO, PAUL W. RUNGE, JEFFREY N. SCHOLZEN, DENNIS M. SHEEHAN, CHRISTOPHER J. SMITH, SCOTT TRCKA, GREGORY G. WHITWORTH and ROBERT D. WILFONG, individually and on behalf of all other similarly situated individuals,

    Plaintiffs,

v.

ROBERT MANFRED, COMMISSIONER OF BASEBALL; THE OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association also d/b/a MAJOR LEAGUE BASEBALL, AZPB, L.P.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, INC., ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC, BRAVES HOLDINGS, LLC, and/or LIBERTY MEDIA CORP.; BALTIMORE ORIOLES, L.P., BALTIMORE ORIOLES, INC., THE BALTIMORE ORIOLES LIMITED PARTNERSHIP INC.; BOSTON RED SOX BASEBALL CLUB, L.P.; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX, LTD; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS BASEBALL CO., INC., CLEVELAND INDIANS BASEBALL CO., L.P., and/or THE CLEVELAND GUARDIANS BASEBALL COMPANY, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD; DETROIT TIGERS, INC.; HOUSTON ASTROS, LLC; KANSAS CITY ROYALS BASEBALL CLUB, LLC; ANGELS BASEBALL, L.P.; GUGGENHEIM BASEBALL MANAGEMENT and/or LOS ANGELES DODGERS, LLC; MARLINS TEAMCO, LLC; MILWAUKEE BREWERS BASEBALL CLUB, INC., AND/OR THE MILWAUKEE BREWERS BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; STERLING METS, L.P.; NEW YORK YANKEES PARTNERSHIP; ATHLETICS INVESTMENT GROUP LLC; THE PHILLIES; PITTSBURGH ASSOCIATES, L.P.; SAN DIEGO PADRES BASEBALL CLUB, L.P. and/or PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES, LLC; BASEBALL CLUB OF SEATTLE, LP; ST. LOUIS CARDINAL, LLC; TAMPA BAY RAYS BASEBALL LTD; RANGERS BASEBALL, LLC and/or RANGERS BASEBALL EXPRESS, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP and/or ROGERS COMMUNICATIONS INC.; and WASHINGTON NATIONALS BASEBALL CLUB, LLC,

    Defendants.

---

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby identifies that Baltimore Orioles Limited Partnership is a Maryland limited partnership. The general partner of Baltimore Orioles Limited Partnership is Baltimore Orioles, Inc., which is a Maryland S-Corporation. There is no parent corporation for the Baltimore Orioles, Inc. and there is no publicly traded company that owns 10% or more of Baltimore Orioles, Inc. or the Baltimore Orioles Limited Partnership.

Dated:  August 25, 2023.                           FAEGRE DRINKER BIDDLE & REATH LLP

                                                                    *s/ Mary L. Will*
                                                                    Mary L. Will
                                                                    Desmonne Alana Bennett
                                                                    Taylor N. Brook
                                                                    1144 15th Street, Suite 3400
                                                                    Denver, CO  80202
                                                                    Telephone: (303) 607-3500
                                                                    Facsimile:  (303) 607-3600
                                                                    mary.will@faegredrinker.com
                                                                    desmonne.bennett@faegredrinker.com
                                                                    taylor.brook@faegredrinker.com

                                                                    ***Attorneys for Defendants Baltimore Orioles, Inc., and Baltimore Orioles Limited Partnership***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August 2023, a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 was e-filed with the Court and e-served through CM/ECF which will send notification of such filing to all registered participants.

                                                                    *s/ Colleen H. Russell*
                                                                    Colleen H. Russell
                                                                    Legal Administrative Assistant

US.359204208.01