IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01563-KAS

JAMES S. BENEDICT;
CHRISTOPHER BOURJOS;
RICHARD T. INGALLS;
RANDALL G. JOHNSON;
STEVEN E. JONGEWAARD;
WILLIAM C. LATHAM;
THEODORE LEKAS JR.;
TIMOTHY A. MCINTOSH;
STEVEN POPE;
RICK L. RAGAZZO;
PAUL W. RUNGE;
JEFFERY N. SCHOLZEN;
DENNIS M. SHEEHAN;
CHRISTOPHER J. SMITH;
SCOTT TRCKA;
GREGORY G. WHITWORTH; and
ROBERT D. WILFONG, individually and on behalf of all other similarly situated individuals,

       Plaintiffs,

v.

ROBERT MANFRED, COMMISSIONER OF BASEBALL;
THE OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association also d/b/a MAJOR LEAGUE BASEBALL;
AZPB LIMITED PARTNERSHIP;
ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC;
BALTIMORE ORIOLES LIMITED PARTNERSHIP;
BOSTON RED SOX BASEBALL CLUB L.P.;
CHICAGO CUBS BASEBALL CLUB, LLC;
CHICAGO WHITE SOX, LTD;
THE CINCINNATI REDS, LLC;
CLEVELAND GUARDIANS BASEBALL COMPANY, LLC;
COLORADO ROCKIES BASEBALL CLUB, LTD.;
DETROIT TIGERS, INC.;
HOUSTON ASTROS, LLC;
KANSAS CITY ROYALS BASEBALL CLUB LLC;
ANGELS BASEBALL LP.;
LOS ANGELES DODGERS LLC;
MARLINS TEAMCO LLC;

MILWAUKEE BREWERS BASEBALL CLUB, L.P.;
MINNESOTA TWINS, LLC;
STERLING METS, L.P.;
NEW YORK YANKEES PARTNERSHIP;
ATHLETICS INVESTMENT GROUP LLC D/B/A OAKLAND ATHLETICS BASEBALL COMPANY;
THE PHILLIES;
PITTSBURGH ASSOCIATES.;
PADRES L.P.;
SAN FRANCISCO BASEBALL ASSOCIATES LLC;
THE BASEBALL CLUB OF SEATTLE, LLLP;
ST. LOUIS CARDINALS, LLC;
TAMPA BAY RAYS BASEBALL LTD;
RANGERS BASEBALL, LLC;
ROGERS BLUE JAYS BASEBALL PARTNERSHIP; and
WASHINGTON NATIONALS BASEBALL CLUB, LLC.,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the **Joint Motion to Modify the Order Setting Scheduling/Planning Conference (Dkt. 5)** [#28] (the "Motion"). The Motion requests that the Scheduling Conference set September 22, 2023, and the corresponding deadlines be continued to a date after Defendants' responsive pleadings to Plaintiffs' Second Amended Complaint are filed to enable the parties to better understand and discuss the necessary issues. *Id.* at 3-4. The Motion also requests that counsel for the parties be permitted to attend the Scheduling Conference remotely. *Id.* at 3.

The Court finds good cause for the request to continue the Scheduling Conference and related deadlines, and this request is **granted**. The Court also finds good cause for out-of-state counsel to attend the Scheduling Conference remotely, and **grants** this request. However, the request that local counsel be permitted to attend remotely is **denied**, because the Motion has not shown good cause for such a request. *See* Order Setting Scheduling Conference [#5] § C. Based on the foregoing,

IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED IN PART AND DENIED IN PART** as set forth above. The Scheduling Conference set for September 22, 2023, at 11:00 a.m. is **VACATED** and **RESET** to **October 23, 2023**, at **11:00 a.m.** All deadlines established in the Order Setting Scheduling Conference [#5] are adjusted accordingly.

       IT IS FURTHER **ORDERED** that counsel who are located out-of-state may appear at the Scheduling Conference by telephone, and shall call the Court at 571-353-2301, Access Code: 334545142#, at the time of the hearing. Any local counsel who participate in the Scheduling Conference shall appear in person.

       Dated: September 12, 2023