# EXHIBIT A

1. Andrew Bassett (Cubs Special Asst. to the President/GM)
2. Brian Cashman (Yankees General Manager)
3. Clint Hurdle (Rockies Field Manager),
4. Chris Antonetti (Cleveland Guardians President of Baseball Operations)
5. Gus Quattlebaum (Red Sox VP Pro Scouting)
6. Brandon Gomes (Dodgers General Manager)
7. Shawn Pender (Reds VP Player Development)
8. AJ Preller (Padres President of Baseball Operations and General Manager)
9. Brad Sloan (Phillies)
10. Gene Watson (Royals)
11. Danny Ontiveros (Royals)
12. Grady Fuson (Athletics)
13. Keith Boeck (Padres)
14. Sal Augustonelli (Phillies head of international scouting)
15. Damon Oppenheimer (Yankees VP and Director of Scouting)
16. Vern Followell (Twins Scout and Special Assistant)
17. Robert Manfred (Commissioner of Baseball)
18. Dan Wright (Phillies)
19. Chuck Ricci (Rays Director of scouting)
20. Mike Brown (Rays pro scouting)
21. Tim Fortungno (Rays Central Coast Scouting supervisor)
22. Jeff Harris (Nationals pro scouting)
23. Josh Boyd (Rangers Vice President/ Assist. General Manager)
24. Damon Ianotti (Rockies)
25. Mike Rickards (Red Sox)
26. Keith Connolly (Royals)
27. Matt Klentak (Brewers)
28. Bill Masse (Miami)
29. Kim Ng (Miami General Manager)
30. Mike Berger (Brewers)
31. Ned Rice (Phillies)
32. Kevin Ibach (Rays)
33. Perry Minasian (Angels)
34. David Haynes (Angels)
35. Chris Buckley (Reds)
36. Tom McNamara (Royals)
37. Tom Wilson (Yankees)
38. Jim Hendry (Yankees)
39. Mike Thurman (Yankees)
40. Tim Kelly (Yankees)
41. Steve Lemke (Yankees Scout)
42. Jason Cooper (Cubs)
43. Steve Boros (Cubs)
44. Bill Shear (White Sox)
45. Billy Milos (Twins)
46. Billy Eppler (Mets)
47. Paul Tinnell (Blue Jays)
48. Tony LaCava (Blue Jays)
49. Dan Jennings (Nationals)
50. Dejon Watson (Nationals)

51. Don Poplin (Royals)
52. Jim Bretz (Tigers)
53. Clint Robinson (Marlins)
54. Kevin Hart (Yankees)
55. Grant Britton (Astros)
56. Dan Montgomery (Rockies)
57. Joseph Kowal (Mets)
58. Doug Strange (Pirates)
59. Steve Williams (Pirates)
60. Mike Shirley (White Sox)
61. Tony Howell (White Sox)
62. Matt Arnold (Brewers)
63. Brian Gale (Brewers)
64. Dayton Moore (Rangers)
65. Ken Compton (Twins)
66. Bryan Price (Padres)
67. Ty Coslow (Rockies)
68. Sterling Monfort (Rockies)
69. Alex Anthopoulos (Braves President Baseball Operations)
70. Kip Fagg (Rangers)
71. David Chadd (Tigers Asst. General Manager)
72. Will Sharp (pro scouting)
73. Tim Naehring (Yankees Asst. General Manager)
74. Bill Gayton (Mets Pro Scouting)
75. J. Parker (Mets General Manager)
76. David Malpass (Guardians Pro Scouting)
77. Ben Cherrington (Pirates General Manager)
78. Randy Flores (Cardinals Director of Professional Scouting)
79. Gary Denbo (Marlins Vice President of Player Development)
80. Joe Sclafani (Blue Jays Asst. Director of Player Development)
81. Ryan Mittleman (Blue Jays Director of Professional Scouting)
82. A.J. Hinch (Astros Field Manager)
83. Mike Elias (Orioles Executive Vice President/General Manager)
84. Josh Bonifay (Phillies Director of Player Development)
85. Blake Crosby (Blue Jays, and Pirates)
86. Ron Marigny (Braves)
87. Dana Brown (Braves Scouting Director)
88. Ronit Shaw (Braves)
89. Steve Kmetko (Yankees National Crosschecker)
90. Hal Steinbrenner (Yankees owner)
91. Kip Gross (Astros Scouting director)
92. Scott Pleis (Tigers)
93. Scott Bream (Tigers)
94. Matt Swanson (Angels)
95. Tim McILvaine (Angels)
96. Zack Minasian (Giants)
97. RJ Harrison (Rays)
98. Ryan Henderson (Rays)
99. Jake Wilson (Rays)
100. Kevin Ibach (Rays)

101. Rob Metzler (Rays)
102. Logan White (Padres)
103. Chip Lawrence (Padres National Crosschecker)
104. Kris Kline (Nationals)
105. Nick Histetler (White Sox Scouting Director)
106. Derek Velenzuela (White Sox scouting supervisor)
107. Brad Barber (Phillies Pro Scouting Director)
108. Steve Williams (Pirates pro scouting director)
109. Kris Gross (Astros Scouting Director)
110. Mike Serbalik (Brewers scouting regional supervisor)
111. Mike Soper (Marlins regional crosschecker)
112. Phil Rossi (Marlins pro scouting)
113. Garrett Guest (White sox scouting director)
114. Marti Wolever (Cubs National Cross checker)
115. Joe Katuska (Reds)
116. Jeremy Schied (Angels Asst. Scouting Director)
117. Jonathon Cruz (Braves Director of Latin American Scouting)
118. David Keller (Mets International/Special Assignment Scouting)
119. Jim Howard (Marlins Professional Scouting)
120. Ross Atkins ( Blue Jays Pro Scouting Director)
121. Richard Griffin (Blue Jays Front Office)
122. Joe Siddall (Blue Jays Pro Scouting)
123. Tony Lacava (Blue Jays Senior VP player personnel)
124. Greg Smith (Rockies Pro Scout)
125. Dan Giese (Yankees Asst. Director Pro Scouting)
126. Mike Snyder (Orioles)
127. Spencer Graham (Padres)
128. Chris Getz (White Sox VP and GM)
129. Rob Anthony (Twins)
130. Jason Parks (Diamondbacks)
131. Burke Badenhop (Diamondbacks)
132. Felipe Alou (Giants Special Assistant)
133. Aaron Sele (Cubs Pro Scouting)
134. Ben Cherrington (Pirates General Manager)
135. Alex Anthopoulos (Braves General Manager)
136. Dana Brown (Astros GM)
137. Dan Madsen (Red Sox National Crosschecker)
138. Jamie Bane (Mets Pro Player Evaluator)
139. Gil Patterson (Athletics Pitching Coordinator)
140. Dave Lottsfeldt (Tigers Crosschecker)
141. Shawn Pender (Reds VP of Player Development)
142. Charlie Greene (Brewers Assistant Director of Player Development)
143. Brett Evert (Pirates Area Scouting Supervisor)
144. Jason Cooper (Cubs Senior Pro Personnel Specialist/Supervisor, Pacific Rim Scouting)
145. Chuck Hensley (Giants Scouting Supervisor)
146. Rick Kranitz (Braves Pitching Coach)
147. Steve Fleming (Rockies Pro Scout)
148. Will George (Rockies Pro Scout)
149. Brian Stephenson (Dodgers National Scouting Supervisor)

150. Joe Almaraz (Cardinals National Crosschecker)
151. Mike Misaraca (Reds Area Scouting Supervisor)
152. Tom Allison (Dodgers Special Assignment Scout)
153. Jerry Dipoto (Mariners President)
154. Mike Rizzo (Nationals General Manager)
155. Dana Brown (Astros General Manager)
156. Mike Fitzgerald (Diamondbacks Asst. General Manager)
157. Sean Johnson (Twins VP Amateur Scouting)
158. John Farrell (Blue Jays Director of Scouting)
159. Mark Shapiro (Blue Jays President)
160. Dan Katrovitz (Cubs VP of Scouting)
161. Matt Dorey (Cubs VP of Player Personnel)
162. Jim Olander (Tigers Pro Scout)
163. TR Lewis (Marlin Pro Scout)
164. Oz Ocampo (Marlins International Director of Scouting)
165. Ken Califano (Rays Pro Scout)
166. Deric McKamey (Cardinals Pro Scout)
167. Matt Slater (Cardinals Asst. GM)
168. John Stockstill (Tigers Pro Scout/scouting advisor)
169. Fred Uhlman (Padres Asst. General Manager)
170. Allan Baird (Diamondbacks Special Asst. to General Manager)
171. Dan Dixon (Former MLB Scouting Bureau Scout)
172. Rusty Gearhardt (Former MLB Scouting Bureau Scout)
173. Dan Dombrowski (Red Sox GM)
174. JJ Piccolo (Royals General Manager)
175. Jeremy Shelly (Giants Asst. General Manager)
176. Don Roland (Yankees International Scouting Director)
177. Dave Littlefield (Tigers Asst. General Manager)
178. Bill Schmidt (Rockies Scouting Director)
179. Ron Tostenson (Cubs National Scouting Supervisor)
180. David Blume (Orioles Scout)
181. Brad Holland (Phillies Regional Scouting Supervisor)
182. Shane Bowers (Phillies Regional Scouting Supervisor)
183. Mark Snipp (Diamondbacks Special Assignment Scout)
184. Hadi Raad (Marlins Director of Pro Scouting)
185. Craig Wiseman (Giants Special Assistant to Scouting)
186. Mike Ledna (Mets Regional Scouting Supervisor)
187. Scott Bream (Tigers VP of Player Personnel)
188. Rob Coughlin (Reds Senior Director of Professional Scouting)
189. Matt Daley (Yankees Director Professional Scouting)
190. Harrison Slutsky (Red Sox Director of Professional Scouting)
191. Adam Sonabend (Braves Director of baseball Operations)
192. Mike Parnell (Rangers Director of Pro Scouting)
193. Mike Ondo (Phillies Director of Professional Scouting)
194. Kevin Ibach (Rays Vice President of Player Personnel)
195. Pete DeYoung (Padres VP of Pro Scouting)
196. Jerry Reinsdorf (White Sox Owner)
197. Matt Hattabaugh (White Sox Scout)
198. Jose Ortega (Nationals Scout)
199. Jack Bowen (Pirates Scouting Supervisor)

200. Jim Cuthbert (Royals Advance/Special Assignment Scout)
201. Bryan Gale (Brewers Scouting)
202. Frank Marcos (Former MLB Scouting Bureau director)
203. Dan Halem (Deputy Commissioner, Baseball Administration and Chief Legal Officer)
204. Billy Bean (Special Assistant to the Commissioner)
205. Ray Montgomery (Brewers Scouting director)