**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-1563-DDD-KAS

JAMES S. BENEDICT, CHRISTOPHER BOURJOS, RICHARD T. INGALLS, RANDALL G. JOHNSON, STEVEN E. JONGEWAARD, WILLIAM C. LATHAM, THEODORE LEKAS JR., TIMOTHY A. MCINTOSH, STEVEN POPE, RICK L. RAGAZZO, PAUL W. RUNGE, JEFFREY N. SCHOLZEN, DENNIS M. SHEEHAN, CHRISTOPHER J. SMITH, SCOTT TRCKA, GREGORY G. WHITWORTH and ROBERT D. WILFONG, individually and on behalf of all other similarly situated individuals,

     Plaintiffs,

v.

ROBERT MANFRED, COMMISSIONER OF BASEBALL; THE OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association also d/b/a MAJOR LEAGUE BASEBALL, AZPB LIMITED PARTNERSHIP; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BOSTON RED SOX BASEBALL CLUB L.P.; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX, LTD.; THE CINCINNATI REDS, LLC; CLEVELAND GUARDIANS BASEBALL COMPANY, LLC; COLORADO ROCKIES BASEBALL CLUB, LTD.; DETROIT TIGERS, INC.; HOUSTON ASTROS, LLC; KANSAS CITY ROYALS BASEBALL CLUB LLC; ANGELS BASEBALL LP; LOS ANGELES DODGERS LLC; MARLINS TEAMCO LLC; MILWAUKEE BREWERS BASEBALL CLUB, L.P.; MINNESOTA TWINS, LLC; STERLING METS, L.P.; NEW YORK YANKEES PARTNERSHIP; ATHLETICS INVESTMENT GROUP LLC D/B/A OAKLAND ATHLETICS BASEBALL COMPANY; THE PHILLIES; PITTSBURGH ASSOCIATES; PADRES L.P.; SAN FRANCISCO BASEBALL ASSOCIATES LLC; THE BASEBALL CLUB OF SEATTLE, LLLP; ST. LOUIS CARDINALS, LLC; TAMPA BAY RAYS BASEBALL LTD.; RANGERS BASEBALL, LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; and WASHINGTON NATIONALS BASEBALL CLUB, LLC,

     Defendants.

**DEFENDANTS' STATUS REPORT ON PENDING MOTIONS**

Defendants submit this Status Report on Pending Motions to respectfully seek guidance from the Court, without waiver of or prejudice to its arguments that this Court lacks personal jurisdiction over all Defendants other than the Colorado Rockies Baseball Club, Ltd.

1. On October 10, 2023, Defendants filed their Motion for Partial Dismissal of Plaintiffs' Second Amended Collective and Class Action Complaint [Dkt. 39] asserting, among other things, that the Court does not have personal jurisdiction over any Defendant other than the Colorado Rockies Baseball Club, Ltd., and that many of the state and city law claims either failed to state a claim and/or that this Court lacked subject matter jurisdiction to adjudicate those claims. Plaintiffs filed a Response to Motion to Dismiss for Lack of Jurisdiction [Dkt. 51] on December 15, 2023.

2. Also on December 15, 2023, Plaintiffs filed their Motion for Leave to File Third Amended Complaint [Dkt. 50] and included with that filing their proposed Third Amended Complaint. Defendants filed a Response to the Motion for Leave to File Third Amended Complaint on December 26, 2023 [Dkt. 56]. As stated in Defendants' Response, Defendants do not oppose the filing of the proposed Third Amended Complaint, provided they have a reasonable opportunity to respond to that complaint in a Rule 12 motion. Also, for the reasons stated in Defendants' Response, Plaintiffs' proposed dismissal of the state and city law claims should be with prejudice and with an award of attorneys' fees and costs.

3. On December 19, 2023, Defendants filed a Motion for Extension of Time to Submit Reply in Support of Motion for Partial Dismissal of Plaintiffs' Second Amended Collective and Class Action Complaint [Dkt. 52]. Plaintiffs submitted an opposition on December 20, 2023 [Dkt. 53], and Defendants' replied on December 21, 2023 [Dkt. 55].

4. As noted in Defendants' Response to the Motion to Amend the Complaint [Dkt. 56], Plaintiffs' Response to the Motion to Dismiss [Dkt. 51] relies predominantly on allegations in the proposed Third Amended Complaint. (Dkt. 50, 51). To avoid duplicative briefing,

Defendants proposed to address the deficiencies with respect to the new jurisdictional allegations contained in the proposed Third Amended Complaint in Defendants' Reply in Support of the Motion to Dismiss, even though that motion was directed at the Second Amended Complaint. Accordingly, as discussed above, Defendants requested a brief extension of time to respond to the new allegations and to allow the Court to determine which complaint is the operative one. (Dkt. 52, 55).

5. In the interests of judicial economy, rather than file a Reply in Support of the Motion to Dismiss today—when it remains unclear which complaint will be the operative one—Defendants await the Court's direction on whether Defendants should respond to Plaintiffs' additional allegations from their proposed Third Amended Complaint in Defendants' Reply to the Motion to Dismiss if this Court grants Plaintiffs leave to file that pleading, or if the Court prefers Defendants withdraw their Motion to Dismiss without prejudice and file a new motion after the Third Amended Complaint is filed should this Court grant Plaintiffs leave to amend.

6. Defendants stand ready to act promptly upon further guidance from the Court. Respectfully submitted this 29th day of December 2023.

PROSKAUER ROSE LLP

*s/ Elise M. Bloom*
Elise M. Bloom
Neil H. Abramson
Adam M. Lupion
Eleven Times Square
New York, NY 10036
Telephone: (212) 969-3410
ebloom@proskauer.com
nabramson@proskauer.com
alupion@proskauer.com

        FAEGRE DRINKER BIDDLE & REATH LLP

        *s/ Mary L. Will*
        Mary L. Will
        Desmonne A. Bennett
        Taylor N. Brook
        1144 15th Street, Suite 3400
        Denver, CO 80202
        Telephone: (303) 607-3500
        Facsimile: (303) 607-3600
        mary.will@faegredrinker.com
        desmonne.bennett@faegredrinker.com
        taylor.brook@faegredrinker.com

*Attorneys for Defendants Robert Manfred, The Office of the Commissioner of Baseball, AZPB, L.P., Atlanta National League Baseball Club, Inc., Atlanta National League Baseball Club, LLC, Braves Holding, LLC, Boston Red Sox Baseball Club, L.P., Chicago Cubs Baseball Club, LLC, Chicago White Sox, Ltd., The Cincinnati Reds, LLC, Cleveland Guardians Baseball Company, LLC, Colorado Rockies Baseball Club, Ltd., Detroit Tigers, Inc., Houston Astros, LLC, Kansas City Royals Baseball Club LLC, Angels Baseball LP, Los Angeles Dodgers LLC, Marlins Teamco LLC, Milwaukee Brewers Baseball Club, Inc., Milwaukee Brewers Baseball Club, L.P., Minnesota Twins, LLC, Sterling Mets, L.P., New York Yankees Partnership, Athletics Investment Group LLC, The Phillies, Pittsburgh Associates, Padres L.P., San Diego Padres Baseball Club, L.P., San Francisco Baseball Associates LLC, Baseball Club of Seattle, LLLP, St. Louis Cardinals, LLC, Tampa Bay Rays Baseball Ltd., Rangers Baseball Express, LLC, Rangers Baseball, LLC, Rogers Blue Jays Baseball Partnership, Rogers Communications Inc., Washington Nationals Baseball Club, LLC*

FAEGRE DRINKER BIDDLE & REATH LLP

*s/ Mary L. Will*
Mary L. Will
Desmonne A. Bennett
Taylor N. Brook
1144 15th Street, Suite 3400
Denver, CO 80202
Telephone: 303-607-3500
mary.will@faegredrinker.com
desmonne.bennett@faegredrinker.com
taylor.brook@faegredrinker.com

***Attorneys for Defendants Baltimore Orioles, Inc. and Baltimore Orioles Limited Partnership***

## PRACTICE STANDARD III(A)(1) CERTIFICATION

I hereby certify that the foregoing motion complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*s/ Mary L. Will*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2023, a true and correct copy of the foregoing **DEFENDANTS' STATUS REPORT ON PENDING MOTIONS** was e-filed with the Court and e-served through CM/ECF which will send notification of such filing to all registered participants.

*s/Gloria Connolly*
Gloria Connolly, Legal Administrative Assistant